| | |
|---|---|
| _____ : | |
| FREULER : | **UNITED STATES DISTRICT COURT** |
| : | |
| : | **DISTRICT OF NEW JERSEY** |
| Plaintiff(s) : | |
| : | |
| : | **Hon. Jose L. Linares** |
| -vs- : | **Civil Action No. 07-3263 (JLL) (CCC)** |
| : | |
| POTTER et al : | |
| : | **ORDER ON ORAL MOTION** |
| : | **SCHEDULING CONFERENCE** |
| Defendant(s) : | |
| : | |
| _____ : | |

The above entitled case has been assigned to me for case management.

**THIS MATTER** having been brought before the Court for a scheduling conference on December 1, 2009; and for good cause shown:

**IT IS on this 2nd day of December, 2009**

**ORDERED THAT** by **December 4, 2009, at noon**, defendant shall advise the plaintiff and the Undersigned as to its position on settlement.

s/ Claire C. Cecchi
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File